OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

$ 00.26⁵

02 1R

11/7/2014

JONES, JOE EDWARD    Tr. Ct. No. B-130617-R

COA Case No. 09-14-00338-CR    PD-1477-14

MAILED FROM ZIP CODE 78711

On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Tuesday, December 30, 2014. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk



JOE EDWARD JONES
TDC# 1945035
LYCHNER UNIT
2350 ATASCOCITA RD.
HUMBLE, TX 77396